

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2016

**BY ELECTRONIC MAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States* v. *Roberto Jimenez*,
             S3 14 Cr. 229 (JMF)

Dear Judge Furman:

      The Government respectfully writes pursuant to the Court's February 1 oral Order to update the Court and the defense regarding the status and/or existence of foreign discovery. To date, the Government has not identified any physical evidence (including recordings of intercepted communications) or documentary evidence currently in the possession of a foreign country that it intends to present as evidence against the defendant. If anything changes in this regard, the undersigned promptly will notify both the Court and defense counsel.

      As always, the undersigned are available to answer any questions the Court may have.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

            By:     /s/ Sean S. Buckley
                     Brendan Quigley / Sean S. Buckley
                     Assistant United States Attorneys
                     (212) 637-1591/-2261

cc: Bill Clay, Esq. (by electronic mail)
    Counsel for the defendant