UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
          -v-                                                          :          14-CR-229-2 (JMF)
                                                                       :
ROBERTO JIMENEZ,                                                       :          ORDER
                                                                       :
                    Defendant.                                         :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 12, 2025, Defendant filed a motion to terminate supervised release. *See* ECF No. 117. The Government shall file any opposition to the motion by **January 5, 2026**, and Defendant shall file any reply by **January 12, 2026**.

SO ORDERED.

Dated: December 15, 2025
       New York, New York                                      _____
                                                                      JESSE M. FURMAN
                                                               United States District Judge